1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Tami S. Smith

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 TAMI S. SMITH,                      ) Case No.: CV 10-4913 MAN
                                       )
12        Plaintiff,                   ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
13   vs.                               ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                  ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,    ) U.S.C. § 1920
15                                     )
          Defendant                    )
16 _____)

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $3,800.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

   DATE:  September 23, 2011
22                                              *Margaret A. Nagle*
23                                         _____
                                               MARGARET A. NAGLE
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Steven G. Rosales*
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Tami S. Smith

-2-