1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Tami S. Smith

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TAMI S. SMITH,                    ) Case No.: CV 10-4913 MAN
                                      )
12          Plaintiff,                 ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13      vs.                           ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  ) U.S.C. § 1920
15                                    )
            Defendant                  )
16                                    )
    _____    )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,800.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    DATE: September 23, 2011
22
                                              *Margaret A. Nagle*
23                                    _____
                                          MARGARET A. NAGLE
24                                     UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3     /s/ *Steven G. Rosales*
   _____

4  Steven G. Rosales
Attorney for plaintiff Tami S. Smith

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26